IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| STEVE AKERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case. 4:05-0547-CV-W-DW |
| | ) |
| GREGORY A. LEE | ) |
| and | ) |
| GARY M. LEE, | ) |
| | ) |
| Defendants. | ) |

ORDER

Pending before the Court is Defendants' Unopposed Motion for Enlargement of Time to Move, Answer, or Otherwise Respond (Doc. 7) and Plaintiff's Motion to Dismiss Without Prejudice (Doc. 9).

The parties move the court to dismiss this case without prejudice, with each side to bear its own costs. Per the private agreement and stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITHOUT PREJUDICE. Fed. R. Civ. P. 41.

Defendants' Motion for Enlargement of Time to Move, Answer, or Otherwise Respond is DENIED as moot.

IT IS SO ORDERED

                                                            /s/ DEAN WHIPPLE
                                                              Dean Whipple
                                                 United States District Judge

DATE: August 24, 2005